UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LISA KURTZ and NORMAN KURTZ,

                Plaintiffs,

- against -

C.B. FLEET HOLDING COMPANY, INCORPORATED,
C.B. FLEET COMPANY, INC., GENOVESE DRUG
STORES, INC., ECKERD CORPORATION, and
ECKERD STORE #5605,

                Defendants.
------------------------------------------------------------------X

2007 - CV

**07 CIV 6505**

RULE 7.1 STATEMENT
ON BEHALF OF C.B.
FLEET HOLDING
COMPANY, INC., C.B.
FLEET COMPANY, INC.



JUL 18 2007
U.S.D.C. S.D. N.Y.
CASHIERS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record sets forth that defendant, C.B. FLEET COMPANY, INC., a closely held Virginia corporation, is the parent corporation of C.B. FLEET HOLDING COMPANY, INCORPORATED. C.B. FLEET COMPANY, INC. has no corporate parent and no publicly held corporation owns more than 10% of its stock.

Dated: New York, New York
       July 18, 2007

                                    Respectfully submitted,

                                    HEIDELL, PITTONI, MURPHY & BACH, LLP

                  By: _Denise A. Hill_ (signature)
                                    Denise A. Holzka, Esq. (DH 9998)
                                    Attorneys for Defendants
                                    C.B. FLEET HOLDING COMPANY INC., and
                                    C.B. FLEET COMPANY, INC.
                                    99 Park Avenue
                                    New York, New York 10016
                                    (212) 286-8585

469722.1

To:  LYNCH DASKAL EMERY LLP
     Attorneys for Plaintiffs
     264 West 40th Street
     New York, New York 10018
     (212) 302 - 2400

     Ms. Anita Ward
     Director of Claims
     Rite Aid Corporation
     Parent Company for
     GENOVESE DRUG STORES, INC. and
     STORES, INC., ECKERD CORPORATION i/s/h/a
     "ECKERD CORPORATION and ECKERD STORE #5605"
     30 Hunter Lane
     Camp Hill, PA 17011

469722.1