## **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                        ) ss.:
COUNTY OF NEW YORK   )

      I, AMY VELEZ, being duly sworn, deposes and says:

      Deponent is not a party to the action, is over 18 years of age and is employed by HEIDELL, PITTONI, MURPHY & BACH, LLP.

      On July 19, 2007, deponent served the within **RULE 7.1 STATEMENT ON BEHALF OF C.B. FLEET HOLDING CAOMPANY, INC., C.B. FLEET COMPANY, INC.** upon the following attorney(s) at the address(es) designated by said attorney(s) for that purpose by delivering a true copy of same enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

To:    LYNCH DASKAL EMERY LLP
        Attorneys for Plaintiffs
        264 West 40th Street
        New York, New York 10018
        (212) 302 - 2400

        Ms. Anita Ward
        Director of Claims
        Rite Aid Corporation
        Parent Company for
        GENOVESE DRUG STORES, INC. and
        STORES, INC., ECKERD CORPORATION i/s/h/a
        "ECKERD CORPORATION and ECKERD STORE #5605"
        30 Hunter Lane
        Camp Hill, PA 17011

                                              AMY VELEZ

Sworn to before me this
19 day of July, 2007

_____
NOTARY PUBLIC

318907.1

MYRZA S. GARCIA
Notary Public, State of New York
No. 01GA4935570
Qualified in Bronx County
Commission Expires Dec. 12, 2010