# AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF NEW YORK )

I, AMY VELEZ, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and is employed by HEIDELL, PITTONI, MURPHY & BACH, LLP.

On July 19, 2007, deponent served the within **NOTICE OF REMOVAL TRIAL BY JURY DEMANDED** upon the following attorney(s) at the address(es) designated by said attorney(s) for that purpose by delivering a true copy of same enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

To:   LYNCH DASKAL EMERY LLP
      Attorneys for Plaintiffs
      264 West 40th Street
      New York, New York 10018
      (212) 302 - 2400

      Ms. Anita Ward
      Director of Claims
      Rite Aid Corporation
      Parent Company for
      GENOVESE DRUG STORES, INC. and
      STORES, INC., ECKERD CORPORATION i/s/h/a
      "ECKERD CORPORATION and ECKERD STORE #5605"
      30 Hunter Lane
      Camp Hill, PA 17011

_____
AMY VELEZ

Sworn to before me this
19 day of July, 2007

_____
NOTARY PUBLIC

318907.1

MYRZA S. GARCIA
Notary Public, State of New York
No. 01GA4935570
Qualified in Bronx County
Commission Expires Dec. 12, 2010