UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
LISA KURTZ and NORMAN KURTZ,

                Plaintiffs,                      07 CIV 6505

       - against -                             NOTICE OF APPEARANCE
                                                 AND DEMAND FOR
C.B. FLEET HOLDING COMPANY, INCORPORATED,      **COMPLAINT**
C.B. FLEET COMPANY, INC., GENOVESE DRUG
STORES, INC., ECKERD CORPORATION, and            **TRIAL BY JURY**
ECKERD STORE #5605,                                   **DEMANDED**

                Defendants.
-----------------------------------------------------------------------X

        PLEASE TAKE NOTICE that the undersigned has been retained as attorneys for defendants C.B. FLEET HOLDING COMPANY, INCORPORATED and C.B. FLEET COMPANY, INC. and demand that a complaint be served on us at our offices within twenty (20) days after service of this demand.

Dated: New York, New York
       July 23, 2007

                                                      Respectfully submitted,

                                                      HEIDELL, PITTONI, MURPHY & BACH, LLP

                                      By:  _/s/ Denise A. Holzka_____
                                               Denise A. Holzka, Esq. (DH 9998)
                                               Attorneys for Defendants
                                               C.B. FLEET HOLDING COMPANY,
                                             INCORPORATED and C.B. FLEET
                                             COMPANY, INC.
                                             99 Park Avenue
                                             New York, New York 10016
                                             (212) 286-8585

471137.1

TO:    LYNCH DASKAL EMERY LLP
Attorneys for Plaintiffs
264 West 40th Street
New York, New York  10018
(212) 302-2400

Ms. Anita Ward
Director of Claims
Rite Aid Corporation
Parent Company for
GENOVESE DRUG STORES, INC. and
ECKERD CORPORATION i/s/h/a
"ECKERD CORPORATION and ECKERD STORE #5605"
30 Hunter Lane
Camp Hill, Pennsylvania  17011

471137.1