## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                        ) ss.:
COUNTY OF NEW YORK  )

         **Yasmin A. Ali**, being sworn, says:

         I am not a party to the action, am over 18 years of age and am employed by HEIDELL, PITTONI, MURPHY & BACH, LLP.

         On **July 23, 2007**, I served a true copy of the annexed **NOTICE OF APPEARANCE AND DEMAND FOR COMPLAINT** in the following manner:  by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last-known address of the addressee(s) as indicated below:

LYNCH DASKAL EMERY LLP
Attorneys for Plaintiffs
264 West 40th Street
New York, New York  10018

Ms. Anita Ward
Director of Claims
Rite Aid Corporation
Parent Company for
GENOVESE DRUG STORES, INC. and
ECKERD CORPORATION i/s/h/a
"ECKERD CORPORATION and ECKERD STORE #5605"
30 Hunter Lane
Camp Hill, Pennsylvania  17011

                                       Yasmin A. Ali

Sworn to before me this
24th day of July, 2007

NOTARY PUBLIC

IDALIA SANCHEZ
Notary Public, State of New York
No. 01SA6161579
Qualified in Queens County
Commission Expires Feb. 26, 20 11

471137.1