## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

       **Yasmin A. Ali**, being sworn, says:

       I am not a party to the action, am over 18 years of age and am employed by HEIDELL, PITTONI, MURPHY & BACH, LLP.

       On **September 18, 2007**, I served a true copy of the annexed **ANSWER** in the following manner: by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last-known address of the addressee(s) as indicated below:

Bernard Daskal, Esq.
Lynch, Daskal, Emery, LLP
Attorneys for Plaintiffs
264 West 40th Street
New York, New York  10018

Ms. Anita Ward
Director of Claims
Rite Aid Corporation
30 Hunter Lane
Camp Hill, PA 17011

                                                    _____
                                                              Yasmin A. Ali

Sworn to before me this
18th day of September, 2007

_____
NOTARY PUBLIC

ERIC GINGOLD
NOTARY PUBLIC-STATE OF NEW YORK
No. 02GI6160290
Qualified in New York County
My Commission Expires February 05, 2011

480937.1