## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                              ) ss.:
COUNTY OF NEW YORK  )

        **Yasmin A. Ali**, being sworn, says:

        I am not a party to the action, am over 18 years of age and am employed by HEIDELL, PITTONI, MURPHY & BACH, LLP.

        On **October 2, 2007**, I served a true copy of the annexed **ANSWER** in the following manner: by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last-known address of the addressee(s) as indicated below:

Bernard Daskal, Esq.
Lynch, Daskal, Emery, LLP
Attorneys for Plaintiffs
264 West 40th Street
New York, New York  10018
T.  (212) 302-2400
F.  (212) 302-2210

                                                                 Yasmin A. Ali

Sworn to before me this
3rd day of October, 2007

_____
NOTARY PUBLIC

                                      IDALIA SANCHEZ
                           Notary Public, State of New York
                                  No. 01SA6161579
                              Qualified in Queens County
                        Commission Expires Feb. 26, 20 _11_

482126.1