UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LISA KURTZ and NORMAN KURTZ,

                          Plaintiffs,                    07 CIV 6505
                                                                     (UA) (NRB)

          - against -

C.B. FLEET HOLDING COMPANY, INCORPORATED,     **RULE 7.1 STATEMENT**
C.B. FLEET COMPANY, INC., GENOVESE DRUG             **ON BEHALF OF**
STORES, INC., ECKERD CORPORATION, and                **GENOVESE DRUG**
ECKERD STORE #5605,                                                    **STORES, INC.**

                          Defendants.
------------------------------------------------------------------X

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for defendants, set forth that GENOVESE DRUG STORES, INC. is a publicly traded Delaware Corporation. GENOVESE DRUG STORES, INC. has 100% of its stock owned by JCG Holdings (USA), Inc., which has 100% of its stock owned by The Jean Coutu Group (PJC), which has 100% of its stock owned by JCG (PJC) USA, LLC, which has 100% of its stock owned by Rite Aid Corp.

Dated: New York, New York
       October 2, 2007

482536.1

Respectfully submitted,

HEIDELL, PITTONI, MURPHY & BACH, LLP

By: _____
DENISE A. HOLZKA (DH 9998)
Attorneys for Defendants
C.B. FLEET HOLDING COMPANY, INCORPORATED, C.B. FLEET COMPANY, INC., GENOVESE DRUG STORES, INC. and ECKERD CORPORATION i/s/h/a "ECKERD CORPORATION and ECKERD STORE # 5605"
Office & P.O. Address
99 Park Avenue
New York, New York  10016
T.  (212) 286-8585
F.  (212) 490-8966

To:  Bernard Daskal, Esq.
     Lynch, Daskal, Emery, LLP
     Attorneys for Plaintiffs
     264 West 40th Street
     New York, New York  10018
     T.  (212) 302-2400
     F.  (212) 302-2210

482536.1