UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LISA KURTZ and NORMAN KURTZ,

                       Plaintiffs,                          07 CIV 6505
                                                                 (UA) (NRB)
    - against -

C.B. FLEET HOLDING COMPANY, INCORPORATED,     **RULE 7.1 STATEMENT**
C.B. FLEET COMPANY, INC., GENOVESE DRUG            **ON BEHALF OF**
STORES, INC., ECKERD CORPORATION, and               **ECKERD**
ECKERD STORE #5605,                                            **<u>CORPORATION</u>**

                       Defendants.
------------------------------------------------------------------X

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for defendants, set forth that ECKERD CORPORATION is a publicly traded Delaware Corporation. ECKERD CORPORATION has 100% of its stock owned by JCG Holdings (USA), Inc., which has 100% of its stock owned by The Jean Coutu Group (PJC), which has 100% of its stock owned by JCG (PJC) USA, LLC, which has one 100% of its stock owned by Rite Aid Corp.

Dated: New York, New York
       October 2, 2007

482587.1

Respectfully submitted,

HEIDELL, PITTONI, MURPHY & BACH, LLP

By: *Denise A. Helry*
DENISE A. HOLZKA (DH 9998)
Attorneys for Defendants
C.B. FLEET HOLDING COMPANY,
INCORPORATED, C.B. FLEET
COMPANY, INC., GENOVESE DRUG
STORES, INC. and ECKERD
CORPORATION i/s/h/a "ECKERD
CORPORATION and ECKERD STORE #
5605"
Office & P.O. Address
99 Park Avenue
New York, New York  10016
T.  (212) 286-8585
F.  (212) 490-8966

To:   Bernard Daskal, Esq.
      Lynch, Daskal, Emery, LLP
      Attorneys for Plaintiffs
      264 West 40th Street
      New York, New York  10018
      T.  (212) 302-2400
      F.  (212) 302-2210

482587.1