## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

**Yasmin A. Ali**, being sworn, says:

I am not a party to the action, am over 18 years of age and am employed by HEIDELL, PITTONI, MURPHY & BACH, LLP.

On **October 2, 2007**, I served a true copy of the annexed **RULE 7.1 STATEMENT ON BEHALF OF ECKERD CORPORATION** in the following manner: by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last-known address of the addressee(s) as indicated below:

Bernard Daskal, Esq.
Lynch, Daskal, Emery, LLP
Attorneys for Plaintiffs
264 West 40th Street
New York, New York  10018
T.  (212) 302-2400
F.  (212) 302-2210

_____
Yasmin A. Ali

Sworn to before me this
3rd day of October, 2007

_____
NOTARY PUBLIC

IDALIA SANCHEZ
Notary Public, State of New York
No. 01SA6161579
Qualified in Queens County
Commission Expires Feb. 26, 20 11

482587.1